

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00515-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO**
d/b/a Casa Rio Healthcare and Rehabilitation,
Appellant

v.

Adolfo R. **JUIEL**, Individually, Anna M. Juiel, Individually and on Behalf of Isaac Juiel,
Individually, and as All Heirs of the Estate of Bertha Juiel, Deceased, and Lisa Ochoa, as
Representative of the Estate of Nora Nieto, Deceased,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04911
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order is REVERSED,
judgment is RENDERED granting appellant Specialty Select Care Center of San Antonio, LLC
d/b/a Casa Rio Healthcare and Rehabilitation's motion to compel arbitration, and the matter is
REMANDED to the trial court for further proceedings consistent with this court's opinion.

We order that appellant Specialty Select Care Center of San Antonio, LLC d/b/a Casa Rio
Healthcare and Rehabilitation recover its costs of this appeal from appellees Adolfo R. Juiel,
Individually, Anna M. Juiel, Individually and on Behalf of Isaac Juiel, Individually, and as All
Heirs of the Estate of Bertha Juiel, Deceased, and Lisa Ochoa, as Representative of the Estate of
Nora Nieto, Deceased

SIGNED July 20, 2016

Marialyn Barnard, Justice